UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                                              CASE NO.: 1:23-cv-24224-KMM

DORAL HOSPITALITY, INC.
a Florida Profit Corporation
d/b/a HOME2 SUITES BY HILTON DORAL

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendant, DORAL HOSPITALITY, INC., a Florida Profit Corporation, d/b/a HOME2 SUITES BY HILTON DORAL.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's Counsel, Vinay Sharma, Esq., via email at: vinay.sharma.legal@gmail.com.

                                       By: **/s/ Gregory S. Sconzo**
                                       GREGORY S. SCONZO, ESQUIRE
                                       Florida Bar No.: 0105553
                                       SAMANTHA L. SIMPSON, ESQ.
                                       Florida Bar No.: 1010423
                                       **Primary Email:** greg@sconzolawoffice.com
                                       **Primary Email:** samantha@sconzolawoffice.com
                                       **Secondary Email:** mcniff@sconzolawoffice.com
                                       **Sconzo Law Office, P.A.**
                                       3825 PGA Boulevard, Suite 207
                                       Palm Beach Gardens, FL 33410
                                       Telephone: (561) 729-0940
                                       Facsimile: (561) 491-9459